# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. T.,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>        Defendants. | **JUDICIAL REFERRAL TO DETERMINE RELATION**<br><br>Case No.  25-cv-10660-JD |
| L. L.,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS),<br><br>        Defendant. | Case No.  26-cv-00276-JD |
| M. M.,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS),<br><br>        Defendant. | Case No.  26-cv-00280-JD |
| A. G.,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,<br><br>        Defendants. | Case No.  26-cv-00617-JD |

United States District Court
Northern District of California

The Court respectfully requests that the Honorable Yvonne Gonzalez Rogers determine whether these cases are related to *A.L. v. United States of America et al.*, No. 24-cv-06580-YGR. *See* Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: February 2, 2026

_____
JAMES DONATO
United States District Judge